# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

================

## NO. 03-04-00671-CV

================

**Alan Anderson and Jo Ellen Anderson, Appellants**

**v.**

**City of Lago Vista; Dennis Jones, Mayor of Lago Vista; Hugh Farmer, Alderman; Jim Orr, Alderman; O. L. Bell, Alderman; Fred Harless, Alderman; Gary Taff, Alderman; Bob Miller, City Manager; and Bill Angelo, Public Works Director of Lago Vista, Appellees**

==================================================

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. GN402528, HONORABLE DARLENE BYRNE, JUDGE PRESIDING**

==================================================

## M E M O R A N D U M   O P I N I O N

Appellants Alan Anderson and Jo Ellen Anderson filed a motion to dismiss this appeal. Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed on Appellants' Motion

Filed: February 25, 2005